B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Giffard, Dexter G.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7107** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL**<br>ZIP Code **60640** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Julia D. Loper 6293254 ***
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                                                            Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Giffard, Dexter G.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** __/s/ Julia D. Loper__          **November  1, 2013** <br> Signature of Attorney for Debtor(s)          (Date) <br> **Julia D. Loper** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Giffard, Dexter G.** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dexter G. Giffard**
Signature of Debtor **Dexter G. Giffard**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**November  1, 2013**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Julia D. Loper**
Signature of Attorney for Debtor(s)

**Julia D. Loper 6293254**
Printed Name of Attorney for Debtor(s)

**Baldi Berg & Wallace, Ltd.**
Firm Name

**20 N. Clark, Suite 200**
**Chicago, IL 60602**

_____
Address

Email: **jabaldi@baldiberg.com**
**312-726-8150  Fax: 312-470-6323**
Telephone Number

**November  1, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dexter G. Giffard** _____    Case No. _____

                                            Debtor(s)    Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Dexter G. Giffard**
                        **Dexter G. Giffard**

Date:    **November  1, 2013**

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dexter G. Giffard** _____,  Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 9,583.86 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 20,280.06 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 3,904,659.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,373.00 |
| Total Number of Sheets of ALL Schedules | | 52 | | | |
| | | Total Assets | 9,583.86 | | |
| | | | Total Liabilities | 3,924,939.82 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dexter G. Giffard**
_____,
                              Debtor

Case No. _____

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Dexter G. Giffard**
_____,    Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|
| | | Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re __Dexter G. Giffard_____,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | 115.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BMO Harris Checkin Accounts XXXXXXX3026** | - | 1,131.37 |
| | | **Chase checking account  xxxxx7135** | - | 1,760.90 |
| | | **Chase savings account xxxx4919** | - | 3.59 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom furniture** | - | 200.00 |
| | | **Office furniture** | - | 160.00 |
| | | **Misc. Livingroom furniture** | - | 180.00 |
| | | **Dining room furniture** | - | 100.00 |
| | | **Misc. household goods and applicances** | - | 200.00 |
| | | **Apple TVs, DVR, 42" plasma screen** | - | 150.00 |
| | | **Misc. AV cables** | - | 20.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **DVDs** | - | 100.00 |
| | | **CDs** | - | 200.00 |
| 6.  Wearing apparel. | | **Miscellaneous clothing** | - | 200.00 |
| 7.  Furs and jewelry. | | **Miscellaneous jewelry (gold school ring, 3 gold chains, gold ring)** | - | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Racquets (badminton, tennis, racquetball)** | - | 30.00 |

|  |  | Sub-Total > | 4,650.86 |
|---|---|---|---|
|  |  | (Total of this page) | |

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dexter G. Giffard**                                              ,        Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance policy - New York Life.  No CSV.** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >                **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Dexter G. Giffard**                                                    ,          Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Copyrighted songs: Debtor wrote music and lyrics, they have never been marketed for sale. Present value is deminimus or unknown.** <br> **"Another Trip Around the Sun"** <br> **"When You're Blesses"** <br> **"Plasticity"** | - | 150.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Genuine Buddy 50 Scooter - value per KBB** | - | 1,100.00 |
| | | **2013 Genuine Buddy 125 Scooter California - value per KBB** | - | 2,265.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >        3,515.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dexter G. Giffard**                                                                ,        Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Songwriting software, hardware and equipment: 2010 MacBook Pro 2.53 - $449 Avid Digi 002 Console (needs repair) $49 Yamaha Motif8 Workstation $300 Oxygen 25 Midi Controller $20 M-Audio Fast Track Pro $40 Event Project Studio 5 monitor pair $50 Western Digital 3TB MyBook HardDrive (2) $140 Western Digital 1TB Mybook $40 La Cie 500 GB drive $30 Seagull Entourage Rustic CW Qi Guitar $100 LG 32 LE monitor 4200 $100 | - | 1,418.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 1,418.00 |
| (Total of this page) | |
| Total > | 9,583.86 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   **Dexter G. Giffard**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand | 735 ILCS 5/12-1001(b) | 115.00 | 115.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| BMO Harris Checkin Accounts XXXXXXX3026 | 735 ILCS 5/12-1001(b) | 1,131.37 | 1,131.37 |
| Chase checking account  xxxxx7135 | 735 ILCS 5/12-1001(b) | 1,760.90 | 1,760.90 |
| Chase savings account xxxx4919 | 735 ILCS 5/12-1001(b) | 3.59 | 3.59 |
| **Household Goods and Furnishings** | | | |
| Apple TVs, DVR, 42" plasma screen | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| **Wearing Apparel** | | | |
| Miscellaneous clothing | 735 ILCS 5/12-1001(a) | 200.00 | 200.00 |
| **Furs and Jewelry** | | | |
| Miscellaneous jewelry (gold school ring, 3 gold chains, gold ring) | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Patents, Copyrights and Other Intellectual Property** | | | |
| Copyrighted songs: Debtor wrote music and lyrics, they have never been marketed for sale. Present value is deminimus or unknown. "Another Trip Around the Sun" "When You're Blesses" "Plasticity" | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2008 Genuine Buddy 50 Scooter - value per KBB | 735 ILCS 5/12-1001(b) | 589.14 | 1,100.00 |
| 2013 Genuine Buddy 125 Scooter California - value per KBB | 735 ILCS 5/12-1001(c) | 2,265.00 | 2,265.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Songwriting software, hardware and equipment: 2010 MacBook Pro 2.53 - $449 Avid Digi 002 Console (needs repair) $49 Yamaha Motif8 Workstation $300 Oxygen 25 Midi Controller $20 M-Audio Fast Track Pro $40 Event Project Studio 5 monitor pair $50 Western Digital 3TB MyBook HardDrive (2) $140 Western Digital 1TB Mybook $40 La Cie 500 GB drive $30 Seagull Entourage Rustic CW Qi Guitar $100 LG 32 LE monitor 4200 $100 | 735 ILCS 5/12-1001(d) | 1,418.00 | 1,418.00 |
| | | Total: **7,883.00** | **8,393.86** |

  __0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Dexter G. Giffard**                                                          ,   Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

____**0**____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                   Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re   **Dexter G. Giffard**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**2**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re __Dexter G. Giffard_____ ,    Case No. _____

_Debtor_

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Natan Foster**<br>**10305 S. Avenue J**<br>**Chicago, IL 60617** | X | - | **Wages from Modern Habitat, LLC** | | | X | 275.55 | 275.55 / 0.00 |
| Account No.<br><br>**Yvonne Chung**<br>**146 Allerton Drive**<br>**Schaumburg, IL 60194** | X | - | **2006**<br><br>**Wages** | | | X | 7,000.00 | 0.00 / 7,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 275.55<br>7,275.55    7,000.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Dexter G. Giffard**                                                          ,     Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**City of Chicago**<br>**Department of Revenue**<br>**P.O. Box A3452**<br>**Chicago, IL 60680-1292** | | - | **2010**<br>**Parking tickets** | | | | **1,260.00** | **0.00**<br>**1,260.00** |
| Account No.<br>**Arnold Scott Harris**<br>**222 Merchandise Mart Plaza**<br>**Suite 1932**<br>**Chicago, IL 60654** | | | **Representing:**<br>**City of Chicago** | | | | **Notice Only** | |
| Account No.<br>**IL Dept of Employment Security**<br>**33 S. State St.**<br>**Chicago, IL 60630** | X | - | **2007**<br>**Business debt tax** | | | X | **1,683.98** | **1,683.98**<br>**0.00** |
| Account No.<br>**GC Services Limited Partnership**<br>**6330 Gulfton**<br>**Houston, TX 77081** | | | **Representing:**<br>**IL Dept of Employment Security** | | | | **Notice Only** | |
| Account No. **xx-xxx3320**<br>**Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60606** | X | - | **2007**<br>**Sales tax - Modern Habitat LLC** | | | X | **10,060.53** | **0.00**<br>**10,060.53** |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **13,004.51** | **1,683.98**<br>**11,320.53** |
| Total<br>(Report on Summary of Schedules) | **20,280.06** | **1,959.53**<br>**18,320.53** |

B6F (Official Form 6F) (12/07)

In re   **Dexter G. Giffard**                                                          ,   Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**1812 Overture LLC**<br>**676 N ORLEANS ST**<br>**Chicago, IL 60610** | X | - | **Business Debt - Rents** | | | X | **116,072.52** |
| Account No.<br><br>**Randall & Kenig LLP**<br>**455 N Cityfront Plaza Drive 2510**<br>**Chicago, IL 60611** | | | **Representing:**<br>**1812 Overture LLC** | | | | **Notice Only** |
| Account No.<br><br>**ADT Security Services**<br>**PO Box 96175**<br>**Las Vegas, NV 89193** | X | - | **Business Debt** | | | X | **11,406.37** |
| Account No.<br><br>**Borst & Collins LLC**<br>**180 North Stetson Avenue Suite 3400**<br>**Chicago, IL 60601** | | | **Representing:**<br>**ADT Security Services** | | | | **Notice Only** |

__29__  continuation sheets attached

Subtotal
(Total of this page)                    **127,478.89**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    S/N:26190-130531   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dexter G. Giffard** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Teller Levit & Silvertrust** <br> **11 East Adams Street, Suite 800** <br> **Chicago, IL 60603** | | | Representing: <br> **ADT Security Services** | | | | **Notice Only** |
| Account No. **xxxxx36N1** <br><br> **Allied Collection Services** <br> **8550 Balboa Blvd** <br> **Suite 232** <br> **Northridge, CA 91325** | | - | Opened 7/01/09 <br> **Collection Attorney for Back 2 Life** | | | | **161.00** |
| Account No. <br><br> **Allied Waste c/o Republic Services** <br> **18500 N. Allied Way** <br> **Phoenix, AZ 85054** | X | - | **Business debt** | | | X | **372.96** |
| Account No. <br><br> **Credit Mediators, Inc.** <br> **PO Box 456** <br> **Upper Darby, PA 19082-0456** | | | Representing: <br> **Allied Waste c/o Republic Services** | | | | **Notice Only** |
| Account No. **xxxx-xxxxxx-x1005** <br><br> **American Express** <br> **c/o Becket and Lee** <br> **Po Box 3001** <br> **Malvern, PA 19355** | X | - | **2006** <br> **Business Gold Card** | | | | **33,050.07** |

Sheet no. __1__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,584.03**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dexter G. Giffard** _____,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Zwicker & Associates, P.C.** <br>**80 Minuteman Road** <br>**Andover, MA 01810** | | | | **Representing:** <br>**American Express** | | | | **Notice Only** |
| Account No. **xxxx-xxxxxx-x1004** <br><br>**American Express** <br>**c/o Becket and Lee** <br>**Po Box 3001** <br>**Malvern, PA 19355** | - | | | **2007** <br>**Credit card** | | | | **6,619.52** |
| Account No. <br><br>**NCO Financial Systems** <br>**507 Prudential Road** <br>**Horsham, PA 19044** | | | | **Representing:** <br>**American Express** | | | | **Notice Only** |
| Account No. <br><br>**American Society of Interior Design** <br>**606 Massachusetts Avenue, NE** <br>**Washington, DC 20002** | X | - | | **Business Debt** | | | | **730.00** |
| Account No. <br><br>**Artemis Design** <br>**1820 W. Hubbard Street** <br>**Suite 201** <br>**Chicago, IL 60622** | X | - | | **Business Debt** | | | X | **2,013.00** |

Sheet no. __2__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,362.52**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dexter G. Giffard**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| AT&T Bankruptcy Dept. 1801 Valley View Ln. Dallas, TX 75234 | X | - | | | | | X | 406.88 |
| Account No. | | | | | | | | |
| Alliant Law Group 2860 Zanker Road Suite 105 San Jose, CA 95134 | | | | Representing: AT&T | | | | Notice Only |
| Account No. | | | | Business Debt | | | | |
| Autograph VA/Viral Graphics 3508 N. Elston Avenue Chicago, IL 60618 | X | - | | | | | X | 456.43 |
| Account No. | | | | | | | | |
| Roma Murphy & Horrowitz 2815 Camino Del Rio South San Diego, CA 92108 | | | | Representing: Autograph VA/Viral Graphics | | | | Notice Only |
| Account No. | | | | Potential product warranty claim against Modern Habitat, LLC | | | | |
| Axel Massol Mildred Amador 1408 N. Kedzie Chicago, IL 60622 | X | - | | | | | X | Unknown |

Sheet no. __3__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            863.31

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dexter G. Giffard**                                                                    ,    Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| **Baer Supply Company** **909 Forest Edge Drive** **Vernon Hills, IL 60061** | X | - | | | | | | 491.89 |
| Account No. **xxxx-xxxx-xxxx-0538** | | | | 2007 Credit Card | | | | |
| **Bank of America** **PO Box 15028** **Wilmington, DE 19850-5028** | | - | | | | | | 36,299.19 |
| Account No. **xxxxxxxxxxxx2109** | | | | | | | | |
| **Best Payment Solutions** **710 Quail Ridge Drive** **Westmont, IL 60559** | | - | | | | | | 60.00 |
| Account No. | | | | Potential product warranty claim against Modern Habitat, LLC | | | | |
| **Brad Jacobson** **2216 N Lincoln Ave Unit C** **Chicago, IL 60614** | X | - | | | | | X | Unknown |
| Account No. **xxxx-xxxx-xxxx-8098** | | | | 2006 Mastercard | | | | |
| **Chase** **P.O. Box 15298** **Wilmington, DE 19850-5298** | | - | | | | | | 10,893.48 |

Sheet no. __4__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,744.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dexter G. Giffard**                                                          ,        Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Michael D. Fine** <br> **131 S. Dearborn** <br> **Floor 5, IL1-0169** <br> **Chicago, IL 60603** | | | | **Representing:** <br> **Chase** | | | | **Notice Only** |
| Account No. <br><br> **Walinski & Associates** <br> **221 North Lasalle Street** <br> **Suite 1000** <br> **Chicago, IL 60601** | | | | **Representing:** <br> **Chase** | | | | **Notice Only** |
| Account No.  xxxxxxxxxxxxx5506 <br><br> **Chase Home Finance** <br> **PO Box 71** <br> **Phoenix, AZ 85001** | - | | | **Foreclosure deficiency - Home Equity** | | | X | <br><br> **82,912.32** |
| Account No. <br><br> **AMO Recoveries** <br> **6737 West Washington Street** <br> **Suite 3118** <br> **Milwaukee, WI 53214** | | | | **Representing:** <br> **Chase Home Finance** | | | | **Notice Only** |
| Account No. <br><br> **Codilis & Associates, P.C.** <br> **15W030 North Frontage Road** <br> **Suite 100** <br> **Burr Ridge, IL 60527** | | | | **Representing:** <br> **Chase Home Finance** | | | | **Notice Only** |

Sheet no. __5__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | **82,912.32** |
|---|---|---|

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dexter G. Giffard**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **National Asset Recovery Inc** **PO Box 701** **Chesterfield, MO 63006** | | | | **Representing:** **Chase Home Finance** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Redline Recovery Service** **5959 Corporate Drive, Suite 1400** **Houston, TX 77036** | | | | **Representing:** **Chase Home Finance** | | | | **Notice Only** |
| Account No. | | | | **Business advertising** | | | | |
| **Chicago Life** **PO Box 11311** **Chicago, IL 60611** | X | - | | | | | X | **1,800.00** |
| Account No. xxxx-xxxx-xxxx-8939 | | | | **2004** **CitiAdvantage World MasterCard** **12 M1 166739** | | | | |
| **Citi Advantage** **PO Box 6000** **The Lakes, NV 89163** | | - | | | | | | **5,614.86** |
| Account No. | | | | | | | | |
| **Asset Acceptance, LLC** **P.O. Box 2036** **Warren, MI 48090** | | | | **Representing:** **Citi Advantage** | | | | **Notice Only** |

| | | |
|---|---|---|
| Sheet no. __6__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **7,414.86** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dexter G. Giffard**                                                    ,       Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Associated Recovery Systems PO Box 469046 Escondido, CA 92046-9046** | | | | **Representing: Citi Advantage** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Bradley Sayad Fulton Friedman & Gullace, LLP 5 E. Van Buren, Suite 214 Joliet, IL 60432** | | | | **Representing: Citi Advantage** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Fulton Friedman & Gullace, LLP PO Box 2123 Warren, MI 48090-2123** | | | | **Representing: Citi Advantage** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Monarch Recovery Management, Inc. 10965 Decatur Road Philadelphia, PA 19154-3210** | | | | **Representing: Citi Advantage** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sentry Credit 2809 Grand Avenue Everett, WA 98201** | | | | **Representing: Citi Advantage** | | | | **Notice Only** |

Sheet no. __7___ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dexter G. Giffard**                                                                    ,        Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0774** <br><br> **Citibank** <br> **P.O. Box 44167** <br> **Jacksonville, FL 32231-4167** | - | | **Citi AT&T Universal Mastercard** | | | | **29,371.00** |
| Account No. <br><br> **Blatt, Hasenmiller, Leibsker Moore** <br> **125 S. Wacker Dr.** <br> **Suite 400** <br> **Chicago, IL 60606-4440** | | | **Representing:** <br> **Citibank** | | | | **Notice Only** |
| Account No. **xx5512** <br><br> **Cochrane Compressor** <br> **4533 W. North Ave.** <br> **Melrose Park, IL 60160-1022** | X | - | **2007** <br> **Business debt** | | | X | **538.81** |
| Account No. <br><br> **PSI - Prestige Services, Inc.** <br> **21214 Schofield Drive** <br> **Gretna, NE 68028** | | | **Representing:** <br> **Cochrane Compressor** | | | | **Notice Only** |
| Account No. <br><br> **ComEd** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197-9515** | X | - | **Business debt - utilities at 1812 W. Hubbard St.** | | | X | **2,220.85** |

Sheet no. __8__ of __29__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)      **32,130.66**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dexter G. Giffard** ,                                   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | | Representing:<br>ComEd | | | | **Notice Only** |
| Account No. **xx5021** <br><br>**Consumer Adjustment Co**<br>**12855 Tesson Ferry Rd**<br>**Saint Louis, MO 63128** | | - | | Opened 8/01/08<br>Collection Attorney Chi Capital Group | | | | **556.00** |
| Account No. <br><br>**Credit Mediators, Inc.**<br>**PO Box 456**<br>**Upper Darby, PA 19082-0456** | X | - | | Business Debt | | | X | **372.96** |
| Account No. **xxxx6020** <br><br>**Cygnus Business Media**<br>**3 Huntington Quadrangle, Suite 301N**<br>**Melville, NY 11747** | X | - | | 2007<br>Business debt - advertising | | | X | **850.00** |
| Account No. <br><br>**A.G. Adjustments, Ltd.**<br>**740 Walt Whitman Rd**<br>**PO Box 9090**<br>**Melville, NY 11747-9090** | | | | Representing:<br>Cygnus Business Media | | | | **Notice Only** |

Sheet no. __9__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,778.96**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dexter G. Giffard**                                                                    Case No. _____
                                          ,
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1460**<br><br>**Dex**<br>**Customer Care**<br>**1615 Bluff City Highway**<br>**Bristol, TN 37620** | X | - | | **2007**<br>**Business debt - advertising** | | | X | 3,394.67 |
| Account No.<br><br>**Liquidebt Systems, Inc**<br>**29 W 170 Butterfield Rd, Ste 102**<br>**Warrenville, IL 60555** | | | | Representing:<br>Dex | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-6485**<br><br>**Discover Financial**<br>**PO Box 30943**<br>**Salt Lake City, UT 84130** | | - | | **2007**<br>**Discover Platinum Card** | | | | 8,633.90 |
| Account No.<br><br>**Financial Recovery Services, Inc.**<br>**P.O. Box 385908**<br>**Minneapolis, MN 55438-5908** | | | | Representing:<br>Discover Financial | | | | Notice Only |
| Account No.<br><br>**FMA Alliance, LTD.**<br>**11811 North Freeway, Suite 900**<br>**Houston, TX 77060** | | | | Representing:<br>Discover Financial | | | | Notice Only |

Sheet no. __10__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,028.57**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dexter G. Giffard**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Focus Receivables Management 8306 Laurel Fair Circle, Suite 200 Tampa, FL 33610** | | | | **Representing: Discover Financial** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Northland Group, Inc. P.O. Box 390846 Edina, MN 55439** | | | | **Representing: Discover Financial** | | | | **Notice Only** |
| Account No.  **xx7810** | | | | **2007 Business debt** | | | | |
| **E. Kinast Distributors, Inc. 6350 Chruch Road Hanover Park, IL 60133** | X | - | | | | | X | |
| | | | | | | | | **397.32** |
| Account No. | | | | | | | | |
| **Rosman Adjustment Corp. 619 Academy Drive Northbrook, IL 60062** | | | | **Representing: E. Kinast Distributors, Inc.** | | | | **Notice Only** |
| Account No.  **xxxx4085** | | | | **Sprint** | | | | |
| **ER Solutions/Convergent Outsourcing, INC Po Box 9004 Renton, WA 98057** | | - | | | | | | |
| | | | | | | | | **640.00** |

Sheet no. __11__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,037.32**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dexter G. Giffard**                                                            ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x1590**<br><br>**Exotic Marble & Tile, Inc.**<br>**8055 N. Monticello Ave.**<br>**Skokie, IL 60076** | X | - | | **2007**<br>**Business debt** | | | X | 1,960.00 |
| Account No. **x1926**<br><br>**Ferguson Enterprises, Inc.**<br>**1401 N. Cicero Ave.**<br>**Chicago, IL 60651** | X | - | | **2007**<br>**Business debt** | | | X | 286.33 |
| Account No.<br><br>**Transworld Systems**<br>**PO Box 1864**<br>**Santa Rosa, CA 95402** | | | | **Representing:**<br>**Ferguson Enterprises, Inc.** | | | | Notice Only |
| Account No. **xxxxxx3934**<br><br>**Fifth Third Bank**<br>**PO Box 63900**<br>**Cincinnati, OH 45263-0900** | X | - | | **2006**<br>**Business debt** | | | X | 2,550.39 |
| Account No.<br><br>**Fifth Third Bank**<br>**c/o Bankruptc Department**<br>**MDrop-S05, 1850 East Paris**<br>**Grand Rapids, MI 49546** | X | - | | **2007**<br>**Business loan with personal guaranty** | | | | 340,090.47 |

Sheet no. __12__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

344,887.19

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dexter G. Giffard**                                                          ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Diver Bollman Grache Quade**<br>**111 N. County Street**<br>**Waukegan, IL 60085** | | | Representing:<br>**Fifth Third Bank** | | | | **Notice Only** |
| Account No. **x2208** <br><br>**First National Bank of McHenry**<br>**3814 West Elm Street**<br>**McHenry, IL 60050** | X | - | 2007<br>**Business loan w/ personal guarantee** | | | | **7,300.73** |
| Account No. <br><br>**Deerbard Financial Services Co.**<br>**2590 E. Devon Ave, Suite 207**<br>**Des Plaines, IL 60018** | | | Representing:<br>**First National Bank of McHenry** | | | | **Notice Only** |
| Account No. **xxxDE01** <br><br>**Grand Appliance & TV**<br>**3300 16th Street**<br>**Zion, IL 60085** | X | - | 2006-2007<br>**Business debt** | | | X | **700.00** |
| Account No. <br><br>**Greenmaker Supply Company**<br>**2500 N. Pulaski Rd.**<br>**Chicago, IL 60639** | X | - | 2007<br>**Business debt** | | | X | **695.10** |

Sheet no. __**13**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **8,695.83**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dexter G. Giffard**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2007 Business debt | | | | |
| H&H Custom Woodworking 1858 N. State Route 50 Bourbonnais, IL 60914 | X | - | | | | | X | |
| | | | | | | | | 2,865.00 |
| Account No. | | | | Potential product warranty claim against Modern Habitat, LLC | | | | |
| Harry Gottlieb 848 W. Eastman St., Suite 104 Chicago, IL 60642 | X | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2007 Business debt | | | | |
| Hava USA Company, Inc. 238 53rd Street Brooklyn, NY 11220 | X | - | | | | | X | |
| | | | | | | | | 114.32 |
| Account No. xxxxxxxxx1080 | | | | 2008 Business debt | | | | |
| Hinckley Springs 5660 New Northside Drive Suite 500 Atlanta, GA 30328 | X | - | | | | | | |
| | | | | | | | | 129.69 |
| Account No. | | | | Representing: Hinckley Springs | | | | |
| Collection Bureau of America PO Box 5013 Hayward, CA 94540-5013 | | | | | | | | Notice Only |

Sheet no. __14__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **3,109.01**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dexter G. Giffard**
_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | **2006** **Business debt and personal guarantee on truck - repossessed.** | | | | |
| **Hitachi Capital America Corp** **800 Connecticut Avenue** **Norwalk, CT 06854** | X | - | | | | | | |
| | | | | | | | | **17,263.93** |
| Account No. | | | | | | | | |
| **HSW Financial Recovery** **811 Dallas Street, Ste. 800** **Houston, TX 77002** | | | | **Representing:** **Hitachi Capital America Corp** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Vengoff Williams & Assoc.** **PO Box 4155** **Sarasota, FL 34230-4155** | | | | **Representing:** **Hitachi Capital America Corp** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-6625** | | | | **2007** **Orchard Bank Mastercard** | | | | |
| **HSBC Card Services** **PO Box 80084** **Salinas, CA 93912-0084** | | - | | | | | | |
| | | | | | | | | **545.64** |
| Account No. | | | | | | | | |
| **Portfolio Recovery Associates** **120 Corporate Blvd.** **Norfolk, VA 23502** | | | | **Representing:** **HSBC Card Services** | | | | **Notice Only** |

Sheet no. __**15**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,809.57**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dexter G. Giffard**                                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0398**<br><br>**i4design**<br>**1029 W. 35th Street, Suite 14d**<br>**Chicago, IL 60609** | X | - | **2007**<br>**Business advertising** | | | X | 2,000.00 |
| Account No.<br><br>**Ian Thomson**<br>**1201 S. Prairie Avenue, #2702**<br>**Chicago, IL 60605** | | - | **2007**<br>**Loan** | | | | 10,000.00 |
| Account No.<br><br>**Iconic Distribution**<br>**520 Santa Rosa Drive**<br>**Des Plaines, IL 60018** | X | - | **2006**<br>**Business debt** | | | X | 6,695.68 |
| Account No.<br><br>**Iconic Distribution**<br>**520 Santa Rosa Drive**<br>**Des Plaines, IL 60018** | X | - | **Potential product warranty claim against**<br>**Modern Habitat, LLC** | | | X | Unknown |
| Account No. **x0706**<br><br>**Intelead, Inc.**<br>**1118 W. Fulton Market, Suite 402**<br>**Chicago, IL 60607** | X | - | **2006**<br>**Business debt** | | | X | 4,000.00 |

Sheet no. __16__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,695.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dexter G. Giffard**                                                        ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jay Deratany** <br>**Mindy Traffman** <br>**420 St. Joseph St.** <br>**Saugatuck, MI 49453** | X | - | | **Potential product warranty claim against Modern Habitat, LLC** | | | X | **Unknown** |
| Account No. <br><br> **John Carroll** <br>**400 W Deming** <br>**Chicago, IL 60614** | X | - | | **Potential product warranty claim against Modern Habitat, LLC** | | | X | **Unknown** |
| Account No. <br><br> **Jorge M. Santaella** <br>**629 W. Briar, #2** <br>**Chicago, IL 60657** | | - | | **Potential contribution claim** <br>   **Subject to setoff.** | X | X | X | **Unknown** |
| Account No. xxxxx4244 <br><br> **JP Morgan Chase Bank** <br>**PO Box 260180** <br>**Baton Rouge, LA 70826** | X | - | | **2008** <br>**Business Debt** | | | X | **1,575.21** |
| Account No. <br><br> **American Coradius International LLC** <br>**2420 Sweet Home Road, Suite 150** <br>**Buffalo, NY 14228-2244** | | | | **Representing:** <br>**JP Morgan Chase Bank** | | | | **Notice Only** |

Sheet no. __17__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,575.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dexter G. Giffard**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Walinkski & Associates** <br> **221 North Lasalle** <br> **Chicago, IL 60602** | | | | Representing: <br> JP Morgan Chase Bank | | | | **Notice Only** |
| Account No. **x3504** <br><br> **Karesh Mirror & Glass, Inc,.** <br> **1940 Internationale Pkwy, Unit 400** <br> **Woodridge, IL 60517** | X | - | | 2007 <br> Business debt | | | X | **348.00** |
| Account No. <br><br> **Kitchen and Bath Business Magazine** <br> **c/o Emerald Expositions, Inc.** <br> **31910 Del Obispo, Suite 200** <br> **San Juan Capistrano, CA 92675** | X | - | | Business advertising | | | X | **75.00** |
| Account No. <br><br> **Kristi Ryan Grace** <br> **1917 N. Damen Ave.** <br> **Chicago, IL 60647** | X | - | | Potential product warranty claim against <br> Modern Habitat, LLC | | | X | **Unknown** |
| Account No. **xxxxxxxx0000** <br><br> **Lease Finance Group, LLC** <br> **233 N. Michigan Avenue** <br> **Suite 1800** <br> **Chicago, IL 60601-5802** | X | - | | Business debt - lease equipment - equipment returned | | | X | **2,291.02** |

Sheet no. __18__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,714.02**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dexter G. Giffard**
_____,      Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Lease Finance Group LLC** **PO Box 7861** **New York, NY 10116** | | | | Representing: **Lease Finance Group, LLC** | | | | **Notice Only** |
| Account No. | | - | | 2009 Medical services | | | | |
| **Louis A. Weiss Memorial Hospital** **4640 N. Marine Drive** **Chicago, IL 60640** | | | | | | | | 271.08 |
| Account No. | | | | | | | | |
| **CMRE Financial Services** **3075 E. Imperial Highway, #200** **Brea, CA 92821** | | | | Representing: **Louis A. Weiss Memorial Hospital** | | | | **Notice Only** |
| Account No. | | - | | 2007 Business debt - advertising | | | | |
| **Luxe** **Sandow Media Corporation** **3731 NW 8th Ave.** **Boca Raton, FL 33431** | X | | | | | | X | 832.50 |
| Account No. | | - | | 2007 Business debt | | | | |
| **Mabo Media Group** **403 1881 Yonge Street Box 19** **Toronto, Ontario** **CANADA M4S 3C4** | X | | | | | | X | 1,200.00 |

Sheet no. __19__ of __29__ sheets attached to Schedule of                           Subtotal                  2,303.58
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dexter G. Giffard**                                                              ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx0382**<br><br>**Microsoft**<br>**PO Box 25084**<br>**Lehigh Valley, PA 18002** | - | | | **2007**<br>**Mastercard** | | | X | **169.00** |
| Account No.<br><br>**Receivable Management Services**<br>**PO Box 12850**<br>**5431 E. Williams Blvd. Suite 200**<br>**Tucson, AZ 85732-2850** | | | | **Representing:**<br>**Microsoft** | | | | **Notice Only** |
| Account No.<br><br>**Mini Bar Inc**<br>**3341 N Halsted**<br>**Chicago, IL 60657** | - | | | **Potential reimbursement** | | | X | **Unknown** |
| Account No.<br><br>**Walinski & Associates**<br>**221 North Lasalle Street**<br>**Suite 1000**<br>**Chicago, IL 60601** | | | | **Representing:**<br>**Mini Bar Inc** | | | | **Notice Only** |
| Account No.<br><br>**Modual 123 SL c/o Zacarias Roncero**<br>**C/Murcia 21 Navarra 1**<br>**08830 Sant Boi.de Llobregat**<br>**Barcelona, ESPANA** | X - | | | **2005**<br>**Exclusivity contract and Purchase agreement and miscellaneous purchases.** | | | | **2,697,400.00** |

Sheet no. __20__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **2,697,569.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dexter G. Giffard** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Law Offices of Deratany & Carden** <br>**205 W. Wacker Dr., Suite 900** <br>**Chicago, IL 60606** | | | | Representing: <br>**Modual 123 SL c/o Zacarias Roncero** | | | | **Notice Only** |
| Account No. <br><br>**Mr. Morales and Mr. Vasquez** <br>**3100 W. Lyondale LLC** <br>**3100 W. Lyondale** <br>**Chicago, IL 60647** | X | - | | **Potential product warranty claim against Modern Habitat, LLC** | | | X | **Unknown** |
| Account No. **x5130** <br><br>**Omnia Industries Inc.** <br>**5 Cliffside Drive** <br>**Box 330** <br>**Cedar Grove, NJ 07009** | X | - | | **2007** <br>**Business debt** | | | X | **465.28** |
| Account No. <br><br>**Receivable Management Services** <br>**PO Box 12850** <br>**5431 E. Williams Blvd. Suite 200** <br>**Tucson, AZ 85732-2850** | | | | Representing: <br>**Omnia Industries Inc.** | | | | **Notice Only** |
| Account No. **1118** <br><br>**R.S. Hughes Company, Inc.** <br>**869-B S. Rohlwing Rd.** <br>**Addison, IL 60101** | X | - | | **2007** <br>**Business debt** | | | X | **101.70** |

Sheet no. __21__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**566.98**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dexter G. Giffard**                                          ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rice Report**<br>**10405 (A) SE Mill Plain Blvd.**<br>**Vancouver, WA 98664** | X | - | **Business Debt** | | | X | 495.00 |
| Account No. **xx3108**<br><br>**Richelieu**<br>**7021 Sterling Ponds Blvd.**<br>**Sterling Heights, MI 48312-5809** | X | - | **2008**<br>**Business debt** | | | X | 3,502.52 |
| Account No. **xxxxxxx93-U1**<br><br>**RMS**<br>**4836 Brecksville Rd.**<br>**PO Box 523**<br>**Richfield, OH 44286** | X | - | **2008**<br>**Business debt - Covista Communications** | | | X | 22.71 |
| Account No.<br><br>**Shoreline Park Private Residence**<br>**4950 N. Marine Drive**<br>**Chicago, IL 60640** | | - | **2007**<br>**Condo assessments** | | | | 11,103.71 |
| Account No.<br><br>**Kovitz Shifrin Nesbit**<br>**750 Lake Cook Road**<br>**Suite 350**<br>**Buffalo Grove, IL 60089** | | | **Representing:**<br>**Shoreline Park Private Residence** | | | | **Notice Only** |

Sheet no. __22__ of __29__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)      15,123.94

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dexter G. Giffard**                                                    ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Showcase Productions Inc.<br>PO Box 9332<br>Lombard, IL 60148-9332 | | - | | **2007**<br>**Business debt** | | | | 650.00 |
| Account No. xxxxxxx200A<br><br>Small Business Administration<br>C/o banc-serve, PARTNERS, LLC<br>704 Adams St., Suite A<br>Carmel, IN 46032 | X | - | | **Business loan** | | | X | 365,939.50 |
| Account No.<br><br>Linebarger Goggan Blair & Sampson<br>1300 Main, Suite 210<br>Houston, TX 77002 | | | | **Representing:**<br>**Small Business Administration** | | | | Notice Only |
| Account No.<br><br>US Small Business Administration<br>409 3rd St, SW<br>Washington, DC 20416 | | | | **Representing:**<br>**Small Business Administration** | | | | Notice Only |
| Account No. xxxxx0102<br><br>Sprint Customer Service<br>PO Box 8077<br>London, KY 40742 | | - | | **2008**<br>**Telephone** | | | | 641.81 |

Sheet no. __23__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

367,231.31

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dexter G. Giffard** _____ ,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Diversified Adjustment Service Inc.**<br>**600 Coon Rapids Blvd.**<br>**Coon Rapids, MN 55433** | | | | **Representing:**<br>**Sprint Customer Service** | | | | **Notice Only** |
| Account No.<br><br>**Star Point Consulting Services**<br>**5322 S. Michigan Ave.**<br>**Unit 1S**<br>**Chicago, IL 60615** | X | - | | **2007**<br>**Business debt** | | | X | **340.00** |
| Account No.<br><br>**The Countertop Factory**<br>**1010 W. Republic Dr. Unit 1**<br>**Addison, IL 60101** | X | - | | **2007**<br>**Business debt** | | | X | **2,502.00** |
| Account No. **xx8868**<br><br>**The Gallery Collection**<br>**Prudent Publishing**<br>**PO Box 360**<br>**Ridgefield Park, NJ 07660-0360** | X | - | | **2007**<br>**Business debt** | | | X | **383.04** |
| Account No.<br><br>**Titan Marble & Granite Group**<br>**4920 W. Belmont Ave.**<br>**Chicago, IL 60641** | X | - | | **2006**<br>**Business debt** | | | X | **4,210.00** |

Sheet no. __24__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **7,435.04**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dexter G. Giffard** _____,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3122**<br><br>**Travelers**<br>**The Plexus Gruope Inc.**<br>**21805 Field Pkwy, Ste. 300**<br>**Barrington, IL 60010** | X | - | **2008**<br>**Business insurance** | | | X | 1,025.00 |
| Account No.<br><br>**Receivable Management Services**<br>**PO Box 12850**<br>**5431 E. Williams Blvd. Suite 200**<br>**Tucson, AZ 85732-2850** | | | Representing:<br>Travelers | | | | Notice Only |
| Account No.<br><br>**Trends Publishing USA, Inc.**<br>**Level 2, 49B Main Hwy, Ellerslie**<br>**Auckland 1542**<br>**NEW ZEALAND** | X | - | **2007**<br>**Business advertising** | | | X | 3,100.00 |
| Account No.<br><br>**Caine & Weiner**<br>**1100 E. Woodfield Road, #425**<br>**Schaumburg, IL 60173** | | | Representing:<br>Trends Publishing USA, Inc. | | | | Notice Only |
| Account No.<br><br>**Universal Plumbing and Heating**<br>**1829 S. State Street**<br>**Chicago, IL 60616** | X | - | **2007**<br>**Business debt** | | | X | 570.50 |

Sheet no. __25__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 4,695.50 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dexter G. Giffard** _____,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx1315**<br><br>**Us Bank**<br>**Attention: Bankruptcy Dept.**<br>**Po Box 5229**<br>**Cincinnati, OH 45201** | - | | **Opened 8/03/01 Last Active 10/02/07**<br>**Line Of Credit** | | | | **2,378.00** |
| Account No. **xxxx-xxxx-xxxx-6688**<br><br>**US Bank**<br>**P.O. Box 108**<br>**Saint Louis, MO 63166-9801** | - | | **2007**<br>**Credit Card** | | | | **18,079.39** |
| Account No.<br><br>**American Coradius International LLC**<br>**2420 Sweet Home Road, Suite 150**<br>**Buffalo, NY 14228-2244** | | | **Representing:**<br>**US Bank** | | | | **Notice Only** |
| Account No.<br><br>**Apex Financial Management**<br>**1120 W. Lake Cook Road, Suite A**<br>**Buffalo Grove, IL 60089** | | | **Representing:**<br>**US Bank** | | | | **Notice Only** |
| Account No.<br><br>**Capital Management Services**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | | **Representing:**<br>**US Bank** | | | | **Notice Only** |

Sheet no. __26__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,457.39**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dexter G. Giffard** ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Vision Financial Gruop**<br>**PO Box 800**<br>**Purchase, NY 10577-0800** | | | Representing:<br>US Bank | | | | **Notice Only** |
| Account No. **xxxxx5897**<br><br>**VW Credit Inc.**<br>**PO Box 7532**<br>**Libertyville, IL 60048-7532** | | - | **2007**<br>**2006 Passat - repossessed** | | | | **14,828.80** |
| Account No.<br><br>**Afni, Inc.**<br>**404 Brock Drive**<br>**PO Box 3517**<br>**Bloomington, IL 61702-3517** | | | Representing:<br>VW Credit Inc. | | | | **Notice Only** |
| Account No.<br><br>**West Loop Media**<br>**125 S. Jefferson St., Unit 2403**<br>**Chicago, IL 60661** | X | - | **2007**<br>**Business debt** | | | X | **436.66** |
| Account No.<br><br>**Westport Insurance Corp.**<br>**PO Box 50457**<br>**Sarasota, FL 34232-0303** | | - | **2006**<br>**Business debt** | | | | **845.00** |

Sheet no. __27__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **16,110.46**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dexter G. Giffard** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**Lamont, Hanley & Assoc., Inc.**<br>**PO Box 179**<br>**Manchester, NH 03105-0179** | | | | **Representing:**<br>**Westport Insurance Corp.** | | | | **Notice Only** |
| Account No.<br><br>**William Cullen**<br>**2451 N. Burling St.**<br>**Chicago, IL 60614** | X | - | | **Potential product warranty claim against Modern Habitat, LLC** | | | X | **Unknown** |
| Account No.<br><br>**Wm. H. Wood**<br>**9311 S. Kedzie**<br>**Evergreen Park, IL 60805** | X | - | | **2006**<br>**Business debt** | | | X | **344.05** |
| Account No.<br><br>**Yvonne Chung**<br>**146 Allerton Drive**<br>**Schaumburg, IL 60194** | X | - | | **Loan** | | | X | **15,000.00** |
| Account No.<br><br>**RK Law P.C.**<br>**345 N. Canal Street, Suite 1208**<br>**Chicago, IL 60606** | | | | **Representing:**<br>**Yvonne Chung** | | | | **Notice Only** |

Sheet no. __28__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,344.05**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dexter G. Giffard**                                                  ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.  **Zoraida Tanon 4500 W. Parker Chicago, IL 60639** | X | - | | **Potential product warranty claim against Modern Habitat, LLC** | | | X | **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no. __29__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | | **0.00** |
| | Total (Report on Summary of Schedules) | | **3,904,659.76** |

B6G (Official Form 6G) (12/07)

.

In re     **Dexter G. Giffard**                                           ,        Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **Dexter G. Giffard**                                                              ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jorge M. Santaella**<br>**629 W. Briar, #2**<br>**Chicago, IL 60657** | **Modual 123 SL c/o Zacarias Roncero**<br>**C/Murcia 21 Navarra 1**<br>**08830 Sant Boi.de Llobregat**<br>**Barcelona, ESPANA** |
| **Jorge M. Santaella**<br>**629 W. Briar, #2**<br>**Chicago, IL 60657** | **1812 Overture LLC**<br>**676 N ORLEANS ST**<br>**Chicago, IL 60610** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **1812 Overture LLC**<br>**676 N ORLEANS ST**<br>**Chicago, IL 60610** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **ADT Security Services**<br>**PO Box 96175**<br>**Las Vegas, NV 89193** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Allied Waste c/o Republic Services**<br>**18500 N. Allied Way**<br>**Phoenix, AZ 85054** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Artemis Design**<br>**1820 W. Hubbard Street**<br>**Suite 201**<br>**Chicago, IL 60622** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **American Society of Interior Design**<br>**606 Massachusetts Avenue, NE**<br>**Washington, DC 20002** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Autograph VA/Viral Graphics**<br>**3508 N. Elston Avenue**<br>**Chicago, IL 60618** |

**7**

____ continuation sheets attached to Schedule of Codebtors

In re    **Dexter G. Giffard**                                          ,    Case No. _____
                                         Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **AT&T**<br>**Bankruptcy Dept.**<br>**1801 Valley View Ln.**<br>**Dallas, TX 75234** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Baer Supply Company**<br>**909 Forest Edge Drive**<br>**Vernon Hills, IL 60061** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Chicago Life**<br>**PO Box 11311**<br>**Chicago, IL 60611** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Cochrane Compressor**<br>**4533 W. North Ave.**<br>**Melrose Park, IL 60160-1022** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-9515** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **RMS**<br>**4836 Brecksville Rd.**<br>**PO Box 523**<br>**Richfield, OH 44286** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Cygnus Business Media**<br>**3 Huntington Quadrangle, Suite 301N**<br>**Melville, NY 11747** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **E. Kinast Distributors, Inc.**<br>**6350 Chruch Road**<br>**Hanover Park, IL 60133** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Credit Mediators, Inc.**<br>**PO Box 456**<br>**Upper Darby, PA 19082-0456** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Exotic Marble & Tile, Inc.**<br>**8055 N. Monticello Ave.**<br>**Skokie, IL 60076** |

Sheet   **1**   of   **7**   continuation sheets attached to the Schedule of Codebtors

In re   **Dexter G. Giffard**   ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Ferguson Enterprises, Inc.**<br>**1401 N. Cicero Ave.**<br>**Chicago, IL 60651** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Fifth Third Bank**<br>**PO Box 63900**<br>**Cincinnati, OH 45263-0900** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Fifth Third Bank**<br>**c/o Bankruptc Department**<br>**MDrop-S05, 1850 East Paris**<br>**Grand Rapids, MI 49546** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **First National Bank of McHenry**<br>**3814 West Elm Street**<br>**McHenry, IL 60050** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Yvonne Chung**<br>**146 Allerton Drive**<br>**Schaumburg, IL 60194** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **The Gallery Collection**<br>**Prudent Publishing**<br>**PO Box 360**<br>**Ridgefield Park, NJ 07660-0360** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Grand Appliance & TV**<br>**3300 16th Street**<br>**Zion, IL 60085** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Greenmaker Supply Company**<br>**2500 N. Pulaski Rd.**<br>**Chicago, IL 60639** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **H&H Custom Woodworking**<br>**1858 N. State Route 50**<br>**Bourbonnais, IL 60914** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Hava USA Company, Inc.**<br>**238 53rd Street**<br>**Brooklyn, NY 11220** |

Sheet __2__ of __7__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

In re    **Dexter G. Giffard**                               ,    Case No. _____

Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Hinckley Springs**<br>**5660 New Northside Drive**<br>**Suite 500**<br>**Atlanta, GA 30328** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Hitachi Capital America Corp**<br>**800 Connecticut Avenue**<br>**Norwalk, CT 06854** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **i4design**<br>**1029 W. 35th Street, Suite 14d**<br>**Chicago, IL 60609** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Iconic Distribution**<br>**520 Santa Rosa Drive**<br>**Des Plaines, IL 60018** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **IL Dept of Employment Security**<br>**33 S. State St.**<br>**Chicago, IL 60630** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Intelead, Inc.**<br>**1118 W. Fulton Market, Suite 402**<br>**Chicago, IL 60607** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Karesh Mirror & Glass, Inc,.**<br>**1940 Internationale Pkwy, Unit 400**<br>**Woodridge, IL 60517** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Lease Finance Group, LLC**<br>**233 N. Michigan Avenue**<br>**Suite 1800**<br>**Chicago, IL 60601-5802** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Luxe**<br>**Sandow Media Corporation**<br>**3731 NW 8th Ave.**<br>**Boca Raton, FL 33431** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Mabo Media Group**<br>**403 1881 Yonge Street Box 19**<br>**Toronto, Ontario**<br>**CANADA M4S 3C4** |

Sheet   **3**   of   **7**   continuation sheets attached to the Schedule of Codebtors

In re   **Dexter G. Giffard**
_____,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Modual 123 SL c/o Zacarias Roncero**<br>**C/Murcia 21 Navarra 1**<br>**08830 Sant Boi.de Llobregat**<br>**Barcelona, ESPANA** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Omnia Industries Inc.**<br>**5 Cliffside Drive**<br>**Box 330**<br>**Cedar Grove, NJ 07009** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Dex**<br>**Customer Care**<br>**1615 Bluff City Highway**<br>**Bristol, TN 37620** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Rice Report**<br>**10405 (A) SE Mill Plain Blvd.**<br>**Vancouver, WA 98664** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Richelieu**<br>**7021 Sterling Ponds Blvd.**<br>**Sterling Heights, MI 48312-5809** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **R.S. Hughes Company, Inc.**<br>**869-B S. Rohlwing Rd.**<br>**Addison, IL 60101** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Small Business Administration**<br>**C/o banc-serve, PARTNERS, LLC**<br>**704 Adams St., Suite A**<br>**Carmel, IN 46032** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Star Point Consulting Services**<br>**5322 S. Michigan Ave.**<br>**Unit 1S**<br>**Chicago, IL 60615** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Natan Foster**<br>**10305 S. Avenue J**<br>**Chicago, IL 60617** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **The Countertop Factory**<br>**1010 W. Republic Dr. Unit 1**<br>**Addison, IL 60101** |

Sheet __4__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re   **Dexter G. Giffard**                                                    ,   Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Titan Marble & Granite Group**<br>**4920 W. Belmont Ave.**<br>**Chicago, IL 60641** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Travelers**<br>**The Plexus Groupe Inc.**<br>**21805 Field Pkwy, Ste. 300**<br>**Barrington, IL 60010** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Trends Publishing USA, Inc.**<br>**Level 2, 49B Main Hwy, Ellerslie**<br>**Auckland 1542**<br>**NEW ZEALAND** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Universal Plumbing and Heating**<br>**1829 S. State Street**<br>**Chicago, IL 60616** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **West Loop Media**<br>**125 S. Jefferson St., Unit 2403**<br>**Chicago, IL 60661** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Wm. H. Wood**<br>**9311 S. Kedzie**<br>**Evergreen Park, IL 60805** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Yvonne Chung**<br>**146 Allerton Drive**<br>**Schaumburg, IL 60194** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60606** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **JP Morgan Chase Bank**<br>**PO Box 260180**<br>**Baton Rouge, LA 70826** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Kitchen and Bath Business Magazine**<br>**c/o Emerald Expositions, Inc.**<br>**31910 Del Obispo, Suite 200**<br>**San Juan Capistrano, CA 92675** |

Sheet __5__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re  **Dexter G. Giffard**
_____,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Brad Jacobson**<br>**2216 N Lincoln Ave Unit C**<br>**Chicago, IL 60614** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **John Carroll**<br>**400 W Deming**<br>**Chicago, IL 60614** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Kristi Ryan Grace**<br>**1917 N. Damen Ave.**<br>**Chicago, IL 60647** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Zoraida Tanon**<br>**4500 W. Parker**<br>**Chicago, IL 60639** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Iconic Distribution**<br>**520 Santa Rosa Drive**<br>**Des Plaines, IL 60018** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Axel Massol**<br>**Mildred Amador**<br>**1408 N. Kedzie**<br>**Chicago, IL 60622** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **William Cullen**<br>**2451 N. Burling St.**<br>**Chicago, IL 60614** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Mr. Morales and Mr. Vasquez**<br>**3100 W. Lyondale LLC**<br>**3100 W. Lyondale**<br>**Chicago, IL 60647** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Jay Deratany**<br>**Mindy Traffman**<br>**420 St. Joseph St.**<br>**Saugatuck, MI 49453** |
| **Modern Habitat, LLC**<br>**c/o Dexter Giffard**<br>**4726 W. Winthrop Ave., Apt. 3**<br>**Chicago, IL 60640** | **Harry Gottlieb**<br>**848 W. Eastman St., Suite 104**<br>**Chicago, IL 60642** |
| **Yvonne Chung**<br>**146 Allerton Drive**<br>**Schaumburg, IL 60194** | **First National Bank of McHenry**<br>**3814 West Elm Street**<br>**McHenry, IL 60050** |

Sheet __**6**__ of __**7**__ continuation sheets attached to the Schedule of Codebtors

In re    **Dexter G. Giffard**                                                                   ,         Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Yvonne Chung**<br>**146 Allerton Drive**<br>**Schaumburg, IL 60194** | **Hinckley Springs**<br>**5660 New Northside Drive**<br>**Suite 500**<br>**Atlanta, GA 30328** |

Sheet   **7**   of   **7**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6I (Official Form 6I) (12/07)

In re  **Dexter G. Giffard** _____   Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):  **None.** | AGE(S): |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **bartender** | |
| Name of Employer | **Halsted Hospitality LLC dba Progress Bar** | |
| How long employed | **4 months** | |
| Address of Employer | **3359 N. Halsted St.**  **Chicago, IL 60657** | |

| *See Attachment for Additional Employment Information | | | | |
|---|---|---|---|---|
| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **3,400.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **3,400.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
| b.  Insurance | $ | **0.00** | $ | **N/A** |
| c.  Union dues | $ | **0.00** | $ | **N/A** |
| d.  Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,400.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **100.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **100.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,500.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **3,500.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor's income varies month to month; the income listed is an average.  Additionally, debtor will be out of work for several weeks in December due to a surgery.  Debtor plans to relocate to California for business opportunities, but does not current have employment, so future income is unknown.**

**B6I (Official Form 6I) (12/07)**

In re    **Dexter G. Giffard**                                                    Case No. _____
                                          Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| **Debtor** | | |
|---|---|---|
| Occupation | **Songwriting, modeling, acting** | |
| Name of Employer | **Dexter G. Giffard** | **Debtor has received approximately $1000.00 from modeling this year, but has not received any income from songwriting.** |
| How long employed | | |
| Address of Employer | **4726 W. Winthrop Ave., Apt. 3 Chicago, IL 60640** | |

B6J (Official Form 6J) (12/07)

In re  **Dexter G. Giffard** _____   Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 700.00 |
| a. Are real estate taxes included?       Yes ___       No **X** | | |
| b. Is property insurance included?       Yes ___       No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 100.00 |
|      b. Water and sewer | $ | 0.00 |
|      c. Telephone | $ | 110.00 |
|      d. Other  **Cable and internet** | $ | 20.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 60.00 |
| 7. Medical and dental expenses | $ | 148.00 |
| 8. Transportation (not including car payments) | $ | 180.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 350.00 |
| 10. Charitable contributions | $ | 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|      a. Homeowner's or renter's | $ | 26.00 |
|      b. Life | $ | 67.00 |
|      c. Health | $ | 350.00 |
|      d. Auto | $ | 27.00 |
|      e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|      a. Auto | $ | 0.00 |
|      b. Other | $ | 0.00 |
|      c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 315.00 |
| 17. Other | $ | 0.00 |
|      Other | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $ **3,373.00**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 3,500.00 |
| b. Average monthly expenses from Line 18 above | $ | 3,373.00 |
| c. Monthly net income (a. minus b.) | $ | 127.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Dexter G. Giffard**
_____   Case No. _____
                                    Debtor(s)        Chapter   **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**54**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November  1, 2013**
_____          Signature   **/s/ Dexter G. Giffard**
_____
                                            **Dexter G. Giffard**
                                            Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Dexter G. Giffard** _____   Case No. _____
_____
Debtor(s)                                                 Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $14,326.63 | **2013 YTD: Debtor Halsted Hospitality LLC dba Progress Bar** |
| $5,406.23 | **2013 YTD: Debtor Calahans Taverne & Grille** |
| $7,028.78 | **2013 YTD: Debtor employment at Pump Mgmt. LLC** |
| $1,190.00 | **2013 YTD: 1099 income from modeling/acting** |
| $37,308.00 | **2012: Debtor employment (from 1040)** |
| $22,681.00 | **2011: Debtor employment (from 1040)** |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

**3. Payments to creditors**

None
■

**Complete a. or b., as appropriate, and c.**

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Asset Acceptance v. Dexter Giffard 12 M1 166739** | **Breach of Contract** | **Circuit Court of Cook County** | **Ex-parte judgment entered on 3/27/13 for $3,470.05** |
| **1812 Overture v. Modern Habitat 07 M1 709243** | **Eviction and Breach of Contract** | **Circuit Court of Cook County First District** | **Order entered May 18, 2007** |

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chase Bank USA v Dexter G Giffard** 06 M1 192968 | Overdue Bank Payments | **Circuit Court of Cook County Illinois First District** | |
| **Chase Home Finance LLC v Dexter Giffard** 06 CH 24857 | Confirming sale and order of Posession | **Circuit Court of Cook County Chancery Division** | **December 3, 2007** |
| **Citibank v Dexter Giffard** | Owed on Account | **first district court of cook county** | |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None □

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Baldi Berg & Wallace, Ltd.**<br>**20 N. Clark, Suite 200**<br>**Chicago, IL 60602** | **11/1/2013 - $2,500.00**<br>**10/24/2013 - $400.00** | **$2,900.00** |

**10. Other transfers**

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)
5

## 12. Safe deposit boxes

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Harris Bank**<br>**111 West Monroe Street**<br>**Chicago, IL 60606** | **Debtor only** | **Documents** | |

## 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/13)
6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Modern Habitat, LLC** | **20-2523320** | **c/o Dexter Giffard 4726 W. Winthrop Ave., Apt. 3 Chicago, IL 60640** | **Home interiors design company formerly doing business at 1820 W. Hubbard St., Chicago, IL** | **3/16/2005 - 11/7/2007 (9/12/2008 - involuntary dissolution with secretary of state)** |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

B7 (Official Form 7) (04/13)

7

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)
8

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date  **November  1, 2013**          Signature   **/s/ Dexter G. Giffard**
                                                  **Dexter G. Giffard**
                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Dexter G. Giffard** _____   Case No. _____

                                         Debtor(s)              Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
| --- | --- |
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered          ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>    ☐ Redeem the property<br>    ☐ Reaffirm the debt<br>    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>    ☐ Claimed as Exempt         ☐ Not claimed as exempt | |

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **November 1, 2013** _____        Signature   **/s/ Dexter G. Giffard** _____
                                                        **Dexter G. Giffard**
                                                        Debtor

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Dexter G. Giffard**                                                      Case No.
                                                    Debtor(s)           Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,900.00** |
| Prior to the filing of this statement I have received | $ | **2,900.00** |
| Balance Due | $ | **0.00** |

2.    $ **306.00**  of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Adversary proceedings regarding discharge or dischargeability of debt and other contested bankruptcy matters**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **November  1, 2013**                          **/s/ Julia D. Loper**
                                                          **Julia D. Loper**
                                                          **Baldi Berg & Wallace, Ltd.**
                                                          **20 N. Clark, Suite 200**
                                                          **Chicago, IL 60602**
                                                          **312-726-8150  Fax: 312-470-6323**
                                                          **jabaldi@baldiberg.com**

---

**Contract between**

**Baldi Berg & Wallace, Ltd. (a "Debt Relief Agency")**

**and**

Dexter G. Gifford **("Client")**

This engagement agreement ("Contract"), dated October 24       2013, is
between Baldi Berg & Wallace, Ltd. ("BBW"), a professional corporation engaged in the
practice of law and a Debt Relief Agency within the meaning of title 11, United States
Code (the "Bankruptcy Code") and Dexter G. Gifford       Client(s),
being an "Assisted Person(s)" within the meaning of the Bankruptcy Code.

**Responsibilities of Client(s), Assisted Person(s)**

Client(s) agrees to:

* Discuss with BBW their objectives in filing the case;
* Provide BBW with full, accurate and timely information, financial or otherwise,
  including properly documented proof of income, two (2) years of tax returns, a
  certificate that Client has received credit counseling from an approved agency
  and a recent appraisal of their residence, if applicable;
* Timely provide BBW with any additional documents requested by the bankruptcy
  trustee or other parties in interest;
* Notify BBW of any change in address or telephone number;
* Appear punctually at the meeting of creditors with a picture identification card
  and proof of client's social security number;
* In a case under chapter 13, timely make all required payments to the trustee and
  to whatever creditors are being paid directly, or, if the required payments cannot
  be made, to notify BBW immediately;
* In a case under chapter 13, contact BBW immediately if the Client loses
  employment or experiences any other significant change in financial situation
  (such as serious illness, lottery winnings or inheritance);
* In a case under chapter 13, contact BBW before buying, refinancing, or selling
  real property, and before entering into any loan agreement.

Failure of Client to cooperate fully with BBW or comply with any request of the
bankruptcy trustee or court order may result in BBW filing a motion to withdraw from
representation of Client with the Bankruptcy Court.

### Services to Be Provided by BBW

Services BBW shall provide to Client shall include the following services (hereinafter defined "Standard Services"):

- Analysis of Client's financial condition;
- Advising Client as to the advisability of seeking relief in bankruptcy under either chapter 7, chapter 11 or chapter 13 of the Bankruptcy Code;
- Advising Client as to Client's eligibility to seek relief under either chapter 7, chapter 11 or chapter 13 of the Bankruptcy Code;
- Assisting Client in assembling all documents necessary for or in connection with the filing of a petition under the Bankruptcy Code;
- Advising Client as to the availability of exemptions under applicable law;
- Assisting Client in meeting all conditions precedent to filing a petition for relief under the Bankruptcy Code and in meeting all conditions precedent to obtaining a discharge, if the Client is eligible to receive a discharge;
- Preparing Client for examination at the meeting of creditors held pursuant to section 341 of the Bankruptcy Code;
- Assisting the Client with reaffirmation agreements, if applicable;
- Assisting the Client with routine lien avoidance proceedings, if applicable;
- Assisting the Client with the enforcement of the automatic stay, if required;
- Arranging for electronic filing of the Client's bankruptcy petition and supporting schedules;
- Communicating with Client's bankruptcy trustee;
- Communicating with Client's creditors, as necessary;

### Fees and Charges for Services and Terms of Payment

BBW agrees to perform Standard Services for Client in consideration for an attorneys' fee of $ 2900.00 which includes the filing fee paid to the court, obtaining a credit report, credit counseling and post-filing debtor education. The schedule of costs customarily disbursed in connection with Standard Services is as follows:

- Filing Fee (Chapter 7 Case)             $306
- Filing Fee (Chapter 13)                 $281
- Credit Report (downloadable)            $50
- Tax Transcript Search (if required)     $50
- Credit Counseling                       $40
- Post Filing Debtor Education            $40

2

Additional expenses may be incurred by BBW for proper representation of Client.  Client shall reimburse BBW for these costs at the actual cost to BBW.

Client has paid the sum of $ 400.00  at the execution of this Contract.  All disbursements and fees must be paid in full before BBW will file a petition under the Bankruptcy Code on behalf of Client.   Should the Client terminate the services of BBW prior to BBW filing a petition under the Bankruptcy Code on behalf of the Client, BBW shall charge Client for services rendered to date of termination at the current hourly rates.

The Bankruptcy Code requires BBW to advise Client that nothing in this Contract shall be deemed to be advice that the Client pay an attorneys' fee to the Debt Relief Agency.  Moreover, BBW states that Client should not incur additional debt in order to satisfy Client's obligations under this Contract.

### Additional Services Excluded from Contract

Client agrees to pay an attorneys' fee for legal services beyond Standard Services ("Additional Services") at the prevailing hourly rates of BBW.  At the present time the hourly rates for paralegals and attorneys of BBW range from $190 to $450.  BBW may require an additional retainer for Additional Services and shall be under no obligation to provide Additional Services without first having received an additional retainer to secure payment for such Additional Services.

Examples of Additional Services include, but are not limited to:

* Defending claims that granting bankruptcy relief to Client under the Bankruptcy Code would constitute "Abuse" within the meaning of the Bankruptcy Code;
* Defending claims that one or more of Client's debts are non-dischargeable;
* Defending claims that Client is not entitled to a discharge under the Bankruptcy Code;
* Defending matters arising from Client's failure to disclose any material fact; or
* Defending matters arising from Client's false statements made in connection with the Bankruptcy Petition, Schedules, Statement of Financial Affairs or any documents provided in support thereof.
* Prosecuting adversary complaint to determine Client's income tax liability.

### Acknowledgement of Receipt of Disclosures

3

Client acknowledges that Client has received copies of all disclosure documents attached to this Contract.  These documents include:

- Notice to Individual Consumer Debtor under §342(b)
- Disclosure Pursuant to §527(a)(2)
- Disclosure Pursuant to §527(b)
- Disclosure Pursuant to §527(c)
- Statement of Information required by 11 U.S.C. 341
- A list of Approved Credit Counselors unless the counseling has been ordered by BBW and the charge included in Client's fee.

THE BANKRUPTCY CODE REQUIRES BALDI BERG & WALLACE, LTD. TO EXPLICITLY AND CONSPICUOUSLY INFORM YOU THAT:

## WE ARE A DEBT RELIEF AGENCY, WE HELP PEOPLE FILE FOR BANKRUPTCY RELIEF UNDER THE BANKRUPTCY CODE

**Baldi Berg & Wallace, Ltd.**
**A Debt Relief Agency**

By: _____

**Client**
**Assisted Person(s)**

_____

_____

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dexter G. Giffard**                                                                      Case No.
                                                          Debtor(s)        Chapter    **7**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Dexter G. Giffard**                                               X  **/s/ Dexter G. Giffard**              **November  1, 2013**
Printed Name(s) of Debtor(s)                                        Signature of Debtor                    Date

Case No. (if known)  _____         X  _____
                                                          Signature of Joint Debtor (if any)             Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dexter G. Giffard**                                  Case No.
                                        Debtor(s)         Chapter      **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                         **144**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **November  1, 2013**                    **/s/ Dexter G. Giffard**

                                                 **Dexter G. Giffard**
                                                 Signature of Debtor

1812 Overture LLC
676 N ORLEANS ST
Chicago, IL 60610

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
PO Box 9090
Melville, NY 11747-9090

ADT Security Services
PO Box 96175
Las Vegas, NV 89193

Afni, Inc.
404 Brock Drive
PO Box 3517
Bloomington, IL 61702-3517

Alliant Law Group
2860 Zanker Road
Suite 105
San Jose, CA 95134

Allied Collection Services
8550 Balboa Blvd
Suite 232
Northridge, CA 91325

Allied Waste c/o Republic Services
18500 N. Allied Way
Phoenix, AZ 85054

American Coradius International LLC
2420 Sweet Home Road, Suite 150
Buffalo, NY 14228-2244

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355

American Society of Interior Design
606 Massachusetts Avenue, NE
Washington, DC 20002

AMO Recoveries
6737 West Washington Street
Suite 3118
Milwaukee, WI 53214


Apex Financial Management
1120 W. Lake Cook Road, Suite A
Buffalo Grove, IL 60089


Arnold Scott Harris
222 Merchandise Mart Plaza
Suite 1932
Chicago, IL 60654


Artemis Design
1820 W. Hubbard Street
Suite 201
Chicago, IL 60622


Asset Acceptance, LLC
P.O. Box 2036
Warren, MI 48090


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046


AT&T
Bankruptcy Dept.
1801 Valley View Ln.
Dallas, TX 75234


Autograph VA/Viral Graphics
3508 N. Elston Avenue
Chicago, IL 60618


Axel Massol
Mildred Amador
1408 N. Kedzie
Chicago, IL 60622


Baer Supply Company
909 Forest Edge Drive
Vernon Hills, IL 60061

Bank of America
PO Box 15028
Wilmington, DE 19850-5028


Best Payment Solutions
710 Quail Ridge Drive
Westmont, IL 60559


Blatt, Hasenmiller, Leibsker Moore
125 S. Wacker Dr.
Suite 400
Chicago, IL 60606-4440


Borst & Collins LLC
180 North Stetson Avenue Suite 3400
Chicago, IL 60601


Brad Jacobson
2216 N Lincoln Ave Unit C
Chicago, IL 60614


Bradley Sayad
Fulton Friedman & Gullace, LLP
5 E. Van Buren, Suite 214
Joliet, IL 60432


Caine & Weiner
1100 E. Woodfield Road, #425
Schaumburg, IL 60173


Capital Management Services
726 Exchange Street
Suite 700
Buffalo, NY 14210


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase Home Finance
PO Box 71
Phoenix, AZ 85001

Chicago Life
PO Box 11311
Chicago, IL 60611


Citi Advantage
PO Box 6000
The Lakes, NV 89163


Citibank
P.O. Box 44167
Jacksonville, FL 32231-4167


City of Chicago
Department of Revenue
P.O. Box A3452
Chicago, IL 60680-1292


CMRE Financial Services
3075 E. Imperial Highway, #200
Brea, CA 92821


Cochrane Compressor
4533 W. North Ave.
Melrose Park, IL 60160-1022


Codilis & Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527


Collection Bureau of America
PO Box 5013
Hayward, CA 94540-5013


ComEd
P.O. Box 6111
Carol Stream, IL 60197-9515


Consumer Adjustment Co
12855 Tesson Ferry Rd
Saint Louis, MO 63128


Credit Mediators, Inc.
PO Box 456
Upper Darby, PA 19082-0456

Cygnus Business Media
3 Huntington Quadrangle, Suite 301N
Melville, NY 11747


Deerbard Financial Services Co.
2590 E. Devon Ave, Suite 207
Des Plaines, IL 60018


Dex
Customer Care
1615 Bluff City Highway
Bristol, TN 37620


Discover Financial
PO Box 30943
Salt Lake City, UT 84130


Diver Bollman Grache Quade
111 N. County Street
Waukegan, IL 60085


Diversified Adjustment Service Inc.
600 Coon Rapids Blvd.
Coon Rapids, MN 55433


E. Kinast Distributors, Inc.
6350 Chruch Road
Hanover Park, IL 60133


ER Solutions/Convergent Outsourcing, INC
Po Box 9004
Renton, WA 98057


Exotic Marble & Tile, Inc.
8055 N. Monticello Ave.
Skokie, IL 60076


Ferguson Enterprises, Inc.
1401 N. Cicero Ave.
Chicago, IL 60651


Fifth Third Bank
PO Box 63900
Cincinnati, OH 45263-0900

Fifth Third Bank
c/o Bankruptc Department
MDrop-S05, 1850 East Paris
Grand Rapids, MI 49546


Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438-5908


First National Bank of McHenry
3814 West Elm Street
McHenry, IL 60050


FMA Alliance, LTD.
11811 North Freeway, Suite 900
Houston, TX 77060


Focus Receivables Management
8306 Laurel Fair Circle, Suite 200
Tampa, FL 33610


Fulton Friedman & Gullace, LLP
PO Box 2123
Warren, MI 48090-2123


GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


Grand Appliance & TV
3300 16th Street
Zion, IL 60085


Greenmaker Supply Company
2500 N. Pulaski Rd.
Chicago, IL 60639


H&H Custom Woodworking
1858 N. State Route 50
Bourbonnais, IL 60914


Harry Gottlieb
848 W. Eastman St., Suite 104
Chicago, IL 60642

Hava USA Company, Inc.
238 53rd Street
Brooklyn, NY 11220


Hinckley Springs
5660 New Northside Drive
Suite 500
Atlanta, GA 30328


Hitachi Capital America Corp
800 Connecticut Avenue
Norwalk, CT 06854


HSBC Card Services
PO Box 80084
Salinas, CA 93912-0084


HSW Financial Recovery
811 Dallas Street, Ste. 800
Houston, TX 77002


i4design
1029 W. 35th Street, Suite 14d
Chicago, IL 60609


Ian Thomson
1201 S. Prairie Avenue, #2702
Chicago, IL 60605


Iconic Distribution
520 Santa Rosa Drive
Des Plaines, IL 60018


IL Dept of Employment Security
33 S. State St.
Chicago, IL 60630


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60606


Intelead, Inc.
1118 W. Fulton Market, Suite 402
Chicago, IL 60607

Jay Deratany
Mindy Traffman
420 St. Joseph St.
Saugatuck, MI 49453


John Carroll
400 W Deming
Chicago, IL 60614


Jorge M. Santaella
629 W. Briar, #2
Chicago, IL 60657


JP Morgan Chase Bank
PO Box 260180
Baton Rouge, LA 70826


Karesh Mirror & Glass, Inc,.
1940 Internationale Pkwy, Unit 400
Woodridge, IL 60517


Kitchen and Bath Business Magazine
c/o Emerald Expositions, Inc.
31910 Del Obispo, Suite 200
San Juan Capistrano, CA 92675


Kovitz Shifrin Nesbit
750 Lake Cook Road
Suite 350
Buffalo Grove, IL 60089


Kristi Ryan Grace
1917 N. Damen Ave.
Chicago, IL 60647


Lamont, Hanley & Assoc., Inc.
PO Box 179
Manchester, NH 03105-0179


Law Offices of Deratany & Carden
205 W. Wacker Dr., Suite 900
Chicago, IL 60606

Lease Finance Group LLC
PO Box 7861
New York, NY 10116


Lease Finance Group, LLC
233 N. Michigan Avenue
Suite 1800
Chicago, IL 60601-5802


Linebarger Goggan Blair & Sampson
1300 Main, Suite 210
Houston, TX 77002


Liquidebt Systems, Inc
29 W 170 Butterfield Rd, Ste 102
Warrenville, IL 60555


Louis A. Weiss Memorial Hospital
4640 N. Marine Drive
Chicago, IL 60640


Luxe
Sandow Media Corporation
3731 NW 8th Ave.
Boca Raton, FL 33431


Mabo Media Group
403 1881 Yonge Street Box 19
Toronto, Ontario
CANADA M4S 3C4


Michael D. Fine
131 S. Dearborn
Floor 5, IL1-0169
Chicago, IL 60603


Microsoft
PO Box 25084
Lehigh Valley, PA 18002


Mini Bar Inc
3341 N Halsted
Chicago, IL 60657

Modern Habitat, LLC
c/o Dexter Giffard
4726 W. Winthrop Ave., Apt. 3
Chicago, IL 60640


Modual 123 SL c/o Zacarias Roncero
C/Murcia 21 Navarra 1
08830 Sant Boi.de Llobregat
Barcelona, ESPANA


Monarch Recovery Management, Inc.
10965 Decatur Road
Philadelphia, PA 19154-3210


Mr. Morales and Mr. Vasquez
3100 W. Lyondale LLC
3100 W. Lyondale
Chicago, IL 60647


Natan Foster
10305 S. Avenue J
Chicago, IL 60617


National Asset Recovery Inc
PO Box 701
Chesterfield, MO 63006


NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


Northland Group, Inc.
P.O. Box 390846
Edina, MN 55439


Omnia Industries Inc.
5 Cliffside Drive
Box 330
Cedar Grove, NJ 07009


Portfolio Recovery Associates
120 Corporate Blvd.
Norfolk, VA 23502

PSI - Prestige Services, Inc.
21214 Schofield Drive
Gretna, NE 68028


R.S. Hughes Company, Inc.
869-B S. Rohlwing Rd.
Addison, IL 60101


Randall & Kenig LLP
455 N Cityfront Plaza Drive 2510
Chicago, IL 60611


Receivable Management Services
PO Box 12850
5431 E. Williams Blvd. Suite 200
Tucson, AZ 85732-2850


Redline Recovery Service
5959 Corporate Drive, Suite 1400
Houston, TX 77036


Rice Report
10405 (A) SE Mill Plain Blvd.
Vancouver, WA 98664


Richelieu
7021 Sterling Ponds Blvd.
Sterling Heights, MI 48312-5809


RK Law P.C.
345 N. Canal Street, Suite 1208
Chicago, IL 60606


RMS
4836 Brecksville Rd.
PO Box 523
Richfield, OH 44286


Roma Murphy & Horrowitz
2815 Camino Del Rio South
San Diego, CA 92108


Rosman Adjustment Corp.
619 Academy Drive
Northbrook, IL 60062

Sentry Credit
2809 Grand Avenue
Everett, WA 98201


Shoreline Park Private Residence
4950 N. Marine Drive
Chicago, IL 60640


Showcase Productions Inc.
PO Box 9332
Lombard, IL 60148-9332


Small Business Administration
C/o banc-serve, PARTNERS, LLC
704 Adams St., Suite A
Carmel, IN 46032


Sprint Customer Service
PO Box 8077
London, KY 40742


Star Point Consulting Services
5322 S. Michigan Ave.
Unit 1S
Chicago, IL 60615


Teller Levit & Silvertrust
11 East Adams Street, Suite 800
Chicago, IL 60603


The Countertop Factory
1010 W. Republic Dr. Unit 1
Addison, IL 60101


The Gallery Collection
Prudent Publishing
PO Box 360
Ridgefield Park, NJ 07660-0360


Titan Marble & Granite Group
4920 W. Belmont Ave.
Chicago, IL 60641

Transworld Systems
PO Box 1864
Santa Rosa, CA 95402


Travelers
The Plexus Gruope Inc.
21805 Field Pkwy, Ste. 300
Barrington, IL 60010


Trends Publishing USA, Inc.
Level 2, 49B Main Hwy, Ellerslie
Auckland 1542
NEW ZEALAND


Universal Plumbing and Heating
1829 S. State Street
Chicago, IL 60616


Us Bank
Attention: Bankruptcy Dept.
Po Box 5229
Cincinnati, OH 45201


US Bank
P.O. Box 108
Saint Louis, MO 63166-9801


US Small Business Administration
409 3rd St, SW
Washington, DC 20416


Vengoff Williams & Assoc.
PO Box 4155
Sarasota, FL 34230-4155


Vision Financial Gruop
PO Box 800
Purchase, NY 10577-0800


VW Credit Inc.
PO Box 7532
Libertyville, IL 60048-7532

Walinkski & Associates
221 North Lasalle
Chicago, IL 60602


Walinski & Associates
221 North Lasalle Street
Suite 1000
Chicago, IL 60601


West Loop Media
125 S. Jefferson St., Unit 2403
Chicago, IL 60661


Westport Insurance Corp.
PO Box 50457
Sarasota, FL 34232-0303


William Cullen
2451 N. Burling St.
Chicago, IL 60614


Wm. H. Wood
9311 S. Kedzie
Evergreen Park, IL 60805


Yvonne Chung
146 Allerton Drive
Schaumburg, IL 60194


Zoraida Tanon
4500 W. Parker
Chicago, IL 60639


Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810